Priority ✓
Send ✓
Enter ✓
Closed
~~JS-5~~/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

FEB 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DERWIN JULES JACKSON,                )   Case No. ED CV 08-110-VAP (PJW)
                                     )
                Petitioner,          )
                                     )
        v.                           )   J U D G M E N T
                                     )
MIKE EVANS,                          )
                                     )
                Respondent.          )
_____)

        Pursuant to the Order issued this day,

        IT IS HEREBY ADJUDGED that the Petition is denied and this action
is dismissed.

        DATED:  February 12, 2008      .


                                VIRGINIA A. PHILLIPS
                                UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JACKSON, D 110\Ord_dismiss_successive pet_Judgmt.wpd